# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDDY MARTINEZ, A/K/A FREDYS
A. MARTINEZ,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 79405

FILED

SEP 0 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the Judgment/Order entered on the 17 day of Jul, 2019." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no order was entered on July 17, 2019. To the extent that appellant appeals from the order of affirmance entered in Docket No. 75760-COA, no statute or court rule provides for an appeal from such an order. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990); *see also* NRAP 40B(a) ("A decision of the Court of Appeals is a final decision that is not reviewable by the Supreme Court except on petition for review."). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-37318

cc:    Hon. Kathleen E. Delaney, District Judge
       Freddy Martinez
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk